UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT _____

Rodney L. Cooper )
PO Box 82 )
Cocksboro TN 37757 )
(Enter above the NAME of the )
plaintiff in this action.) )

)
v. )

Gary Perkins )
+ the Sheriffs )
Dept )
(Enter above the NAME of each )
defendant in this action.) )

COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(42 U.S.C. Section 1983)

I.    PREVIOUS LAWSUITS

   A.   Have you begun other lawsuits in state or federal court dealing with the same facts
        involved in this action or otherwise relating to your imprisonment?  YES ( ✓ ) NO (   )

   B.   If your answer to A is YES, describe the lawsuit in the space below.  (If there is more
        than one lawsuit, describe the additional lawsuits on another piece of paper, using the
        same outline.)

        1.   Parties to the previous lawsuit:

             Plaintiffs:  ~~Rick Elmore, morg.~~ Rodney Cooper
             _____

             Defendants:  Rick Elmore + Morgan County
             Prison
             _____

1

2. COURT: (If federal court, name the district; if state court, name the county):

Eastern District Of Tenn. ⟨Federal⟩

3. DOCKET NUMBER: _?_

4. Name of Judge to whom case was assigned: _?_

5. Disposition: (For example: Was the case (dismissed)? Was it appealed? Is it still pending?) Dismissed

6. Approximate date of filing lawsuit: 1987

7. Approximate date of disposition: 1990

II. PLACE OF PRESENT CONFINEMENT: Campbell Co, Jail

A. Is there a prisoner grievance procedure in this institution? YES (✓) NO ( )

B. Did you present the facts relating to your complaint in the prisoner grievance procedure? YES (✓) NO ( )

C. If your answer is YES,

1. What steps did you take? Filed the grievance,

2. What was the result? no result,, never heard Back on it,

D. If your answer to B is NO, explain why not. _____

E. If there is no prison grievance procedure in the institution, did you complain to the prison authorities? YES (✓) NO ( )

F. If your answer is YES,

1. What steps did you take? I filed the grievance But never got a Response

2

2. What was the result? *No results*

## III. PARTIES

(In item A below, please your name in the first blank and place your present address in the second blank. Do the same for any additional plaintiffs.)

A. Name of plaintiff: *Rodney Cooper*

Present address: *Campbell Co Jail, Po Box 82, Jacksboro TN 37757*

Permanent home address: *352 Longmire Rd. Clinton. TN 37716*

Address of nearest relative: *352 Longmire Rd. Clinton TN 37716*
*Mother (Connie Cooper)*

(In item B below, place the FULL NAME of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use item C for the additional names, positions, and places of employment of any additional defendants.)

B. Defendant: *Gary Perkins and the Sheriffs Dept*

Official position: *Sheriff of Campbell Co.*

Place of employment: *Campbell Co. Sheriffs Dept.*

C. Additional defendants: _____

_____

_____

_____

## IV. STATEMENT OF CLAIM

(State here as briefly as possible the FACTS of your case. Describe how EACH defendant is involved. Include also the names of other persons involved, dates and places. DO NOT give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheets, if necessary.)

*Please See The Attached*

3

1. Legal Mail is not opened in the presents OF the receiver.

2. State inmates are made to sleep on The Floor

3. A Room that has #12 Beds has A Minumame of #30 plus inmates at all times.

4. If one inmates Breaks A Rule, everyone Is punished And often times leads To phical Violence.

5. State inmates do not have access To Educational or Rehab. programs And are not allowed to earn program Credits.

6. There is mold on the Shower walls And Standing urine around the Camode area.

7. The Food is Always Cold

8. Very Seldom do we get clean clothes

9. Lack of Medical Attention, if A person comes to jail + Brings their medicine The nurse will not Allowe it, Blood pressure + heart medicines E.T.C, , Some inmates Have T.b. , Staff infection + Hepatituse But we are made to live In the Same Invironment,, theres no Test For T.b OR Any other Disease at this jail.

10 All the Bed mattress, clothing Sheets And Blankets are Old + Toren Up.

End of Complaints.

*Rodney Cooper*

Please See the Attached
Complaint Sheets

4

V.   RELIEF

(State BRIEFLY exactly what you want this Court to do for you.  Make NO legal arguments.
Cite NO cases or statutes.)

No Money, Inforce the Rules at

The Jail OR up date the

Rules + Requirments

\* Should Be fined every day Some one has to sleep
on the floor.

SIGNED THIS ___10___ DAY OF ___June___, 20 _9_.

_Roby Coop_
SIGNATURE OF PLAINTIFF

5



RECEIVED
JUN 16 2009
Clerk, U.S. District Court
Eastern District of Tennessee

Federal Court Clerk
800 Market St, Suite #130
Knoxville, Tenn 37902

The Writer of this letter
is a
Campbell County Jail

Legal Mail

Rodney Cooper
Po Box 80
Jacksboro, TN 37757